**Order entered April 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01435-CV

**THOMAS J. ELLIS, Appellant**

**V.**

**THE RENAISSANCE ON TURTLE CREEK**
**CONDOMINIUM ASSOCIATION, INC., ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-10227**

## ORDER

The Court has before it appellee The Renaissance on Turtle Creek Condominium Association, Inc.'s March 29, 2013 unopposed first motion for extension of time to file its brief.

The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by May 17, 2013.

/s/     ELIZABETH LANG-MIERS
            JUSTICE